IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVIONICS SUPPORT GROUP, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GLOBAL EAGLE ENTERTAINMENT, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)   C.A. No. 17-644-CJB<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their counsel of record, hereby stipulate that this action is dismissed with prejudice, each party bearing its own fees and costs.

Dated: February 16, 2018

| | |
|---|---|
|   */s/ Brett D. Fallon* |   */s/ Bindu A. Palapura* |
| Brett D. Fallon (#2480) | David E. Moore (#3983) |
| Mary B. Matterer (# 2696) | Bindu A. Palapura (#5370) |
| MORRIS JAMES LLP | Stephanie E. O'Byrne (#4446) |
| 500 Delaware Avenue, Suite 1500 | POTTER ANDERSON & CORROON LLP |
| Wilmington, DE  19801-1494 | Hercules Plaza, 6th Floor |
| Telephone: (302) 888-6800 | 1313 N. Market Street |
| bfallon@morrisjames.com | Wilmington, DE  19801 |
| mmatterer@morrisjames.com | Telephone:  (302) 984-6000 |
| | dmoore@potteranderson.com |
| *Attorneys for Plaintiff* | bpalapura@potteranderson.com |
| *Avionics Support Group, Inc.* | obyrne@potteranderson.com |
| | |
| | *Attorneys for Defendant* |
| | *Global Eagle Entertainment, Inc.* |

1

**SO ORDERED** this \_\_\_\_ day of February, 2018.

_____
United States Magistrate Judge